In the Matter of the Judicial Settlement of the Account of Proceedings of the MANUFACTURERS TRUST COMPANY and JOSEPH WALKER, JR., as Successor Trustees of the Trust for the Benefit of SARAH KATHERINE JESUP Created by the Last Will and Testament of MORRIS K. JESUP, Deceased.— Decree, so far as appealed from, affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse and allow the commissions as requested.

FRANKLIN TITLE AND MORTGAGE GUARANTY COMPANY OF NEW YORK, a Domestic Corporation, Plaintiff, v. ISAAC SHERNOV and Others, Defendants. FRANKLIN TITLE AND MORTGAGE GUARANTY COMPANY OF NEW YORK, Plaintiff, Respondent; ISAAC SHERNOV and Others, Defendants, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE FIRST OF BOSTON INTERNATIONAL CORPORATION, Respondent, v. JAMES E. BENNETT and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of ORAZIO DE FRANCESCO, an Incompetent Person. JOSEPH DI DOMENICO, as Committee, etc., Appellant; COMMONWEALTH OF PENNSYLVANIA and CITY OF PHILADELPHIA, Respondents.— Order entered February 18, 1937, unanimously modified by directing the appellant committee to pay the sum directed to be paid to the extent that the estate has funds or shall come into possession of funds for that purpose, and as so modified affirmed. Appeal from order denying motion to resettle said order dismissed. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of LOGAN NATIONAL BANK AND TRUST COMPANY, Appellant, against LOUIS WINER, an Attorney and Counselor at Law, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Plaintiff, v. 10 GRACIE SQUARE CORPORATION and Others, Defendants. BENNETT ELLISON, Receiver, Petitioner, Respondent; JOHN KENNEDY and ROBERT STEVENS, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, v. MANHATTAN AND BRONX COUNCILS, INC., Appellant, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HAROLD IVES THOMPSON, Appellant, v. EMPIRE TRUST COMPANY OF NEW YORK, Respondent, and PAUL K. RICHTER, Impleaded Defendant, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.